GLENN A. BESNYL, SBN 165587
Attorney at Law
750 N. Diamond Bar Bl., Suite 104
Diamond Bar, CA 91765
Tel: (909) 396-0884
Fax: (909) 396-0734
GAB1LAW@msn.com

E-FILED 1/29/18
JS-6 (case closed)

**Attorney for Plaintiff, NATIONAL COMMERCIAL RECOVERY, INC. d/b/a BLAIR SMITH and ASSOCIATES (as assignee of UNIFIED, LTD. dba PAN AMERICAN BANANA)**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIFIED, LTD., a corporation dba PAN AMERICAN BANANA,<br><br>Plaintiff,<br><br>v.<br><br>J & T FOODS, INC., a corporation dba PUEBLO RANCH MARKET; JAMAL ABUOMAR, an individual; ALI ABUOMAR, an individual; SAMIRA ABUOMAR aka SAMIRA ALVEREZ aka SAMIRA ALVAREZ, an individual; TAREK ABUOMAR, an individual; HANAN ABUOMAR, an individual; JAMAL ABUOMAR, TRUSTEE OF THE ABUOMAR FAMILY TRUST UDT November 28, 1998;<br><br>Defendants. | Case No.: 2:15-cv-09241-PSG-PJW<br><br>**ORDER ENTERING JUDGMENT AGAINST DEFENDANT J & T FOODS, INC.**<br><br>[~~PROPOSED~~] |

Pursuant to the stipulation between plaintiff and defendant J & T FOODS, INC.:

IT IS HEREBY ORDERED THAT judgment is entered against defendant "J & T FOODS, INC., a corporation dba PUEBLO RANCH MARKET" only, in the principal sum of $$49,362.74, plus prejudgment interest in the amount of $18,011.60, for a **judgment total of $67,374.34**.

---

**ORDER DISMISSING DEFENDANT JAMAL ABUOMAR <u>without prejudice</u>; ORDER DISMISSING DEFENDANTS ALI ABUOMAR, SAMIRA ABUOMAR aka SAMIRA ALVEREZ aka SAMIRA ALVAREZ, and TAREK ABUOMAR <u>with prejudice</u>**                                                1

1 //

2 //

### ORDER

1/29/18

IT IS SO ORDERED.

PHILIP S. GUTIERREZ

~~###~~

---

**ORDER DISMISSING DEFENDANT JAMAL ABUOMAR <u>without prejudice</u>; ORDER DISMISSING DEFENDANTS ALI ABUOMAR, SAMIRA ABUOMAR aka SAMIRA ALVEREZ aka SAMIRA ALVAREZ, and TAREK ABUOMAR <u>with prejudice</u>**

2